# EXHIBIT 3

**Prepared by, Drafted by,
recording requested by, and when recorded mail to:**
Lexi Woo
Unison Agreement Corp.
PO Box 2389
San Francisco, CA 94126

650 California St, Suite 1800
San Francisco, CA 94108

Unison ID Number: FRX-442600
Title File Number: IN865870
Parcel Identification Number:
29-09-34-010-032.000-018

2022036978 MEMO $25.00
07/26/2022 10:15:16AM 8 PGS
Jennifer Hayden
Hamilton County Recorder IN
Recorded as Presented

LLP

**MEMORANDUM OF UNISON HOMEOWNER AGREEMENT**

This **MEMORANDUM OF UNISON HOMEOWNER AGREEMENT** (**"Unison HomeOwner Recorded Memorandum"**) is entered into as of June 15, 2022 (**"Effective Date"**) by LE YANG AND CINDY T YANG, HUSBAND AND WIFE, whose address is 12150 Ams Run, Carmel, IN 46032 (individually or collectively **"Owner"**).

Owner hereby declares that Owner has entered into that certain Unison HomeOwner Agreement (**"Unison HomeOwner Agreement"**) with Unison Agreement Corp., a Delaware corporation, and its successors and assignees (**"Benefited Party"**), whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as of the Effective Date, pursuant to which Owner grants and conveys to Benefited Party the option to purchase an undivided percentage interest (**"Option"**) in that certain real property (the **"Property"**) described in attached **SCHEDULE A**, and pursuant to which Owner has made certain covenants and promises to, or for the benefit of, Benefited Party in connection with the Property, all as more particularly described, and on the terms and conditions stated in the Unison HomeOwner Agreement. The percentage interest shall equal the Investor Percentage, as specified in the Unison HomeOwner Option Agreement. The Option is irrevocable by Owner. The term of the Option shall commence on the Effective Date and shall expire at 11:59 p.m., Pacific Time, on the day immediately preceding the thirtieth (30th) anniversary of the Effective Date (**"Expiration Date"**) (subject to certain extensions as set forth in the Unison HomeOwner Agreement). The terms of the Unison HomeOwner Agreement are hereby incorporated into this Unison HomeOwner Recorded Memorandum by this reference.

MEMORANDUM OF COVENANTS RUNNING WITH THE LAND

This Unison HomeOwner Recorded Memorandum identifies the covenants and promises set forth in the Unison HomeOwner Agreement that run with the land and will be binding upon any party who acquires Owner's interest in the Property so long as the Unison HomeOwner Agreement has not expired or been terminated. The Unison HomeOwner Agreement covenants are deemed to be covenants running with the land within the meaning of the applicable law of the State of Indiana so as to give it the broadest possible application, and include, without limitation:

a. **Section 8** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain and repair the Property and to ensure that use of the Property complies with all applicable state, federal and local laws and regulations.

b. **Section 14** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain insurance on the Property against certain hazards.

c. **Section 12** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to pay all taxes and assessments accruing on the Property.

**Owner's Initials:** LY / CY / ______ / ______

**Prepared by, Drafted by,**
**recording requested by, and when recorded mail to:**
Lexi Woo
Unison Agreement Corp.
PO Box 2389
San Francisco, CA 94126

650 California St, Suite 1800
San Francisco, CA 94108

Unison ID Number: FRX-442600
Title File Number: IN865870
Parcel Identification Number:
29-09-34-010-032.000-018

## MEMORANDUM OF UNISON HOMEOWNER AGREEMENT

This **MEMORANDUM OF UNISON HOMEOWNER AGREEMENT** ("**Unison HomeOwner Recorded Memorandum**") is entered into as of June 15, 2022 ("**Effective Date**") by LE YANG AND CINDY T YANG, HUSBAND AND WIFE, whose address is 12150 Ams Run, Carmel, IN 46032 (individually or collectively "**Owner**").

Owner hereby declares that Owner has entered into that certain Unison HomeOwner Agreement ("**Unison HomeOwner Agreement**") with Unison Agreement Corp., a Delaware corporation, and its successors and assignees ("**Benefited Party**"), whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as of the Effective Date, pursuant to which Owner grants and conveys to Benefited Party the option to purchase an undivided percentage interest ("**Option**") in that certain real property (the "**Property**") described in attached **SCHEDULE A**, and pursuant to which Owner has made certain covenants and promises to, or for the benefit of, Benefited Party in connection with the Property, all as more particularly described, and on the terms and conditions stated in the Unison HomeOwner Agreement. The percentage interest shall equal the Investor Percentage, as specified in the Unison HomeOwner Option Agreement. The Option is irrevocable by Owner. The term of the Option shall commence on the Effective Date and shall expire at 11:59 p.m., Pacific Time, on the day immediately preceding the thirtieth (30th) anniversary of the Effective Date ("**Expiration Date**") (subject to certain extensions as set forth in the Unison HomeOwner Agreement). The terms of the Unison HomeOwner Agreement are hereby incorporated into this Unison HomeOwner Recorded Memorandum by this reference.

### MEMORANDUM OF COVENANTS RUNNING WITH THE LAND

This Unison HomeOwner Recorded Memorandum identifies the covenants and promises set forth in the Unison HomeOwner Agreement that run with the land and will be binding upon any party who acquires Owner's interest in the Property so long as the Unison HomeOwner Agreement has not expired or been terminated. The Unison HomeOwner Agreement covenants are deemed to be covenants running with the land within the meaning of the applicable law of the State of Indiana so as to give it the broadest possible application, and include, without limitation:

a. **Section 8** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain and repair the Property and to ensure that use of the Property complies with all applicable state, federal and local laws and regulations.

b. **Section 14** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain insurance on the Property against certain hazards.

c. **Section 12** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to pay all taxes and assessments accruing on the Property.

**Owner's Initials:** LY / CY / ____ / ____

d. **Section 3** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to occupy the Property as Owner's principal residence and prohibits use of the Property for commercial or other non-residential purposes.

e. **Section 11** of the Unison HomeOwner Covenant Agreement which, among other things, restricts the ability of Owner to increase the amount of debt to third parties secured by liens on the Property beyond the Maximum Authorized Debt specified in the Unison HomeOwner Agreement, and requires Owner to keep the Property free of liens prohibited under the terms of the Unison HomeOwner Agreement or not otherwise approved by Benefited Party.

f. **Section 4A** of the Unison HomeOwner Covenant Agreement which, among other things, restricts the right of Owner to transfer the Property other than as expressly permitted under the terms of the Unison HomeOwner Agreement.

RELEASE

This Unison HomeOwner Recorded Memorandum shall remain in full force and effect until released by a written termination or quitclaim deed executed and notarized by Benefited Party and recorded in the real property records for the county where the Property is located, or until extinguished by operation of law.

In construing this Memorandum of Unison HomeOwner Agreement, where the context so requires, singular includes the plural and all grammatical changes shall be implied to make the provisions hereof apply equally to corporations and to individuals.

[Signatures appear on following page.]

I affirm, under the penalties of perjury, that I have taken reasonable care to redact each Social Security number from this document, unless required by law.

Dave Silcott

**Owner's Initials:** LY / CY / ____ / ____

READ THIS DOCUMENT CAREFULLY BEFORE SIGNING IT. ALL PRIOR ORAL, ELECTRONIC AND WRITTEN COMMUNICATIONS AND AGREEMENTS FROM OR WITH BENEFITED PARTY, INCLUDING ALL CORRESPONDENCE, OFFER LETTERS, TERM SHEETS, PRINTED MATERIALS, DISCLOSURES, AND THE PROGRAM GUIDE, ARE MERGED INTO AND SUPERSEDED AND REPLACED BY THIS UNISON HOMEOWNER RECORDED MEMORANDUM, THE OTHER TRANSACTION DOCUMENTS, AND THE OTHER WRITTEN AGREEMENTS MADE BY AND BETWEEN OWNER AND BENEFITED PARTY AS OF THE EFFECTIVE DATE.

IN WITNESS WHEREOF, the undersigned Benefited Party and Owner have each executed this Unison Recorded Memorandum as of the date set forth above.

**BENEFITED PARTY:**

Unison Agreement Corp.,
a Delaware corporation
650 California St Suite 1800, San Francisco, CA 94108

Sign: [signature] Date: 7/18/2022
Name: Lily Kwong
Title: Authorized Signatory

**OWNER(S):**

Sign: COUNTERSIGNED
Le Yang

Date: ______________________

Sign: COUNTERSIGNED
Cindy T Yang

Date: ______________________

**Owner Address:**

12150 Ams Run, Carmel, IN 46032

READ THIS DOCUMENT CAREFULLY BEFORE SIGNING IT. ALL PRIOR ORAL, ELECTRONIC AND WRITTEN COMMUNICATIONS AND AGREEMENTS FROM OR WITH BENEFITED PARTY, INCLUDING ALL CORRESPONDENCE, OFFER LETTERS, TERM SHEETS, PRINTED MATERIALS, DISCLOSURES, AND THE PROGRAM GUIDE, ARE MERGED INTO AND SUPERSEDED AND REPLACED BY THIS UNISON HOMEOWNER RECORDED MEMORANDUM, THE OTHER TRANSACTION DOCUMENTS, AND THE OTHER WRITTEN AGREEMENTS MADE BY AND BETWEEN OWNER AND BENEFITED PARTY AS OF THE EFFECTIVE DATE.

IN WITNESS WHEREOF, the undersigned Benefited Party and Owner have each executed this Unison Recorded Memorandum as of the date set forth above.

**BENEFITED PARTY:**

Unison Agreement Corp.,
a Delaware corporation
650 California St Suite 1800, San Francisco, CA 94108

Sign: COUNTERSIGNED Date: ________
Name: Lily Kwong
Title: Authorized Signatory

**OWNER(S):**

Sign: [signature]
Le Yang

Date: 6/16/22

Sign: [signature]
Cindy T Yang

Date: 6/16/22

**Owner Address:**

12150 Ams Run, Carmel, IN 46032

## BENEFITED PARTY'S ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN FRANCISCO )

SEE ATTACHED

On________________, before me ______________________________, Notary Public, personally appeared Lily Kwong who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

________________________________ (seal)

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco )

On 7/18/2022 before me, Michelle Maria Gutierrez, Notary Public
(insert name and title of the officer)

personally appeared Lily Kwong,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MICHELLE MARIA GUTIERREZ
COMM. # 2394884
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. FEB 24, 2026

Signature [signature]
Michelle Maria Gutierrez

**(Seal)**

**OWNERS' ACKNOWLEDGMENT**

STATE OF ~~INDIANA~~ NJ
COUNTY OF Middlesex

Before me, Jessica J Booker, a Notary Public in and for said County and State, on June 16, 20 22 personally appeared Le Yang and* Cindy T Yang being over the age of eighteen (18) years, who acknowledged the execution of the above and foregoing instrument. I have, in witness thereof, subscribed my name and affixed my official seal. *Cindy T Yang

[signature] Jessica J Booker
Notary Public (seal)
My Commission Expires: 8-10-2025
Resident of NJ Co., IN

JESSICA J. BOOKER
Commission # 50133348
Notary Public, State of New Jersey
My Commission Expires
August 10, 2025

JESSICA J. BOOKER
Commission # 501334
Notary Public, State of New
My Commission Expire
August 10, 2025

JB

JESSICA J. BOO
Commission # 501
Notary Public, State of ... sey
My Commission Expir
August 10, 2025

## SCHEDULE A

### LEGAL DESCRIPTION

That certain real property situated in the City of Carmel, County of Hamilton, State of Indiana, described as follows:

Land situated in the County of Hamilton, State of Indiana, is described as follows:

Lot Numbered 182 in Jackson's Grant on Williams Creek, Section 3, Final Plat, as per plat thereof recorded June 14, 2017 as Instrument No. 2017027538 in Plat Cabinet 5, Slide 688, Certificate of Correction recorded June 27, 2017 as Instrument No. 2017030061, in the Office of the Recorder of Hamilton County, Indiana.

APN: 29-09-34-010-032.000-018

[end of legal description]