# EXHIBIT 5

Prepared by, recording requested by,
and when recorded mail to:

Lexi Woo
Unison Agreement Corp.
650 California St, Suite 1800
San Francisco, CA 94108

File Number: FRX-442600
Consideration Amount: $180,915 IN865870

APN: 29-09-34-010-032.000-018

2022037022 ASGN $25.00
07/26/2022 01:28:11PM 4 PGS
Jennifer Hayden
Hamilton County Recorder IN
Recorded as Presented

JMZ

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Assignment of Unison HomeOwner Agreement**

**Unison Agreement Corp.**, a Delaware corporation, whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as "**Assignor**," hereby assigns for good and valuable consideration to **Unison Midgard Holdings LLC**, a Delaware limited liability company, whose address is 650 California St, Suite 1800, San Francisco, CA 94108, as "**Assignee**," all of Assignor's rights, title, interests and obligations to and under: **(i)** that certain Unison HomeOwner Option Agreement of even date herewith made by and between Assignor and LE YANG AND CINDY T YANG, HUSBAND AND WIFE, whose address is 12150 Ams Run, Carmel, IN 46032, (individually or collectively, the "Homeowner"); **(ii)** that certain Unison HomeOwner Covenant Agreement of even date herewith made by and between Assignor and Homeowner; **(iii)** that certain Memorandum of Unison HomeOwner Agreement made by and between Assignor and Homeowner and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; and **(iv)** that certain Unison HomeOwner Mortgage and Security Instrument made by Homeowner as "**Mortgagor**" in favor of Assignor as "**Mortgagee**" and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; which relate to, run with and encumber the real property described in **Exhibit A** ("**Property**").

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of June 15, 2022.

Unison Agreement Corp., a Delaware corporation

By: [signature]

Name: Lily Kwong
Title: Authorized Signatory

650 California Street, Suite 1800
San Francisco, CA 94108

I affirm, under the penalties of perjury, that I have taken reasonable care to redact each Social Security number from this document, unless required by law.

[signature]
Dave Silcott

REFERENCES:
- Memorandum dated, 6/15/22 and recorded, 7/26/22 in Instr #2022036978
- Mortgage dated, 6/15/22 and recorded, 7/26/22 in Instr #2022036979

Prepared by, recording requested by,
and when recorded mail to:

Lexi Woo
Unison Agreement Corp.
650 California St, Suite 1800
San Francisco, CA 94108

File Number: FRX-442600
Consideration Amount: $180,915 IN865870

APN: 29-09-34-010-032.000-018 SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Assignment of Unison HomeOwner Agreement**

**Unison Agreement Corp.**, a Delaware corporation, whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as "**Assignor**," hereby assigns for good and valuable consideration to **Unison Midgard Holdings LLC**, a Delaware limited liability company, whose address is 650 California St, Suite 1800, San Francisco, CA 94108, as "**Assignee**," all of Assignor's rights, title, interests and obligations to and under: **(i)** that certain Unison HomeOwner Option Agreement of even date herewith made by and between Assignor and LE YANG AND CINDY T YANG, HUSBAND AND WIFE, whose address is 12150 Ams Run, Carmel, IN 46032, (individually or collectively, the "Homeowner"); **(ii)** that certain Unison HomeOwner Covenant Agreement of even date herewith made by and between Assignor and Homeowner; **(iii)** that certain Memorandum of Unison HomeOwner Agreement made by and between Assignor and Homeowner and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; and **(iv)** that certain Unison HomeOwner Mortgage and Security Instrument made by Homeowner as "**Mortgagor**" in favor of Assignor as "**Mortgagee**" and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; which relate to, run with and encumber the real property described in **Exhibit A** ("**Property**").

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of June 15, 2022.

Unison Agreement Corp., a Delaware corporation

By: ______________________

Name: Lily Kwong
Title: Authorized Signatory

650 California Street, Suite 1800
San Francisco, CA 94108

I affirm, under the penalties of perjury, that I have taken reasonable care to redact each Social Security number from this document, unless required by law.

Dave Silcott

REFERENCES:
- Memorandum dated, 6/15/22 and recorded, 7/26/22 in Instr #2022036978
- Mortgage dated, 6/15/22 and recorded, 7/26/22 in Instr #2022036979

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

SEE ATTACHED

COUNTY OF SAN FRANCISCO

On______________________, before me the undersigned Notary Public, personally appeared Lily Kwong who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

________________________________________

(seal)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco)

On 7/18/2022 before me, Michelle Maria Gutierrez, Notary Public
(insert name and title of the officer)

personally appeared Lily Kwong,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MICHELLE MARIA GUTIERREZ
COMM. # 2394884
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. FEB. 24, 2026

Signature [signature] **(Seal)**
Michelle Maria Gutierrez

File Number: FRX-442600

**EXHIBIT A**

**LEGAL DESCRIPTION**

That certain real property situated in the City of Carmel, County of Hamilton, State of Indiana, described as follows:

Land situated in the County of Hamilton, State of Indiana, is described as follows:

Lot Numbered 182 in Jackson's Grant on Williams Creek, Section 3, Final Plat, as per plat thereof recorded June 14, 2017 as Instrument No. 2017027538 in Plat Cabinet 5, Slide 688, Certificate of Correction recorded June 27, 2017 as Instrument No. 2017030061, in the Office of the Recorder of Hamilton County, Indiana.

Tax ID/PIN/APN/Parcel Number : 29-09-34-010-032.000-018

Property is commonly known as: 12150 Ams Run, Carmel, IN 46032

[End of Legal Description]