Label Matrix for local noticing
0756-1
Case 23-00075-RLM-11
Southern District of Indiana
Indianapolis
Fri Aug 4 12:20:21 EDT 2023

Agnes Cheung
702 Edison Glen Terrace
Edison, NJ 08837-2929

American Express
200 Vesey Street
New York, NY 10285-0002

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anthony Wong
2716 Clubhouse Rd.
Merrick, NY 11566-4802

Apple Card
Lockbox 6112, P.O. Box 7247
Philadelphia, PA 19170-0001

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Banker Health Group
10234 W State Road 84
Davie, FL 33324-4202

Banker Health Group
8425 Woodfield Crossing Blvd Suite 155E
Indianapolis, IN 46240-7321

Banker Health Group
c/o Christopher Cali
201 Solar Street
Syracuse, NY 13204-1425

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

CFG Merchant Solutions LLC
201 Route 17 North Suite 07070-2557

CHTD Company
PO Box 2576
Springfield, IL 62708-2576

CT Corporation System
330 N Brand Blvd. Suite 700
Glendale, CA 91203-2336

Capital Funding Group
1422 Clarkview Road
Baltimore, MD 21209-2385

Anthony Thomas Carreri
Kroger Gardis & Regas LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Deborah J. Caruso
Office of Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204-2489

Chase Business
OH1-0333 340 S. Cleveland Ave Building 3
Westerville, OH 43081

Chase Ink Credit Cards
201 N. Walnut Street De1-0153
Wilmington, DE 19801-2901

Corporation Service Company, As Rep
PO Box 2576
Springfield, IL 62708-2576

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EIDL Small Business Association
8500 Keystone Crossing # 400
Indianapolis, IN 46240-2460

Fifth Third Bank
3344 Peachtree Road
Atlanta, GA 30326-4800

Fifth Third Bank, N.A.
5001 Kingsley Drive
1MOBBW
Cincinnati, Ohio 45227-1114

Figure Lending LLC
650 S. Tryon Street, 8th Floor
Charlotte, NC 28202-3271

Jennifer Lynn Fisher
HINSHAW & CULBERTSON
322 Indianapolis Blvd, Ste 201
Suite 201
Schererville, IN 46375-4204

Forward Financing
53 State St 20th Floor
Boston, MA 02109-3204

(p)FUNDING METRICS LLC
ATTN PAULETTE YIAMBILIS ESQ
FUNDING METRICS LLC
3220 TILLMAN DRIVE SUITE 200
BENSALEM PA 19020-2028

HSBC Banks
P.O. Box 9
Buffalo, NY 14240-0009

IMethods
One Independent Dr. Suite 1200
Jacksonville, FL 32202-5014

INTUIT Inc.
Weltman, Weinberg & Reis Co., L.P. A.
5000 Bradenton Avenue - Suite 100
Dublin, OH 43017-3574

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Lendini Funding Metrics
3220 Tillman Dr Ste 200
Bensalem, PA 19020-2028

New York City Dept of Finance
Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th fl
New York, NY 10038-1442

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

OnDeck
1400 Broadway 25th Floor
New York, NY 10018-5225

Weston Erick Overturf
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Paypal
2211 N 1st St
San Jose, CA 95131-2021

S. Brent Potter
Doyle Legal Corporation, PC
41 E. Washington Street
Suite 400
Indianapolis, IN 46204-2413

Queens County
NYC Department of Finance P.O. Box 680
Newark, NJ 07101-0680

QuickBooks Capital
2700 Coast Avenue
Mountain View, CA 94043-1140

Bryan Redmond
Feiwell & Hannoy
8415 Allison Pointe Blvd
Ste 400
Indianapolis, IN 46250-4160

Alan Ritchie
Pilgrim Christakis LLP
One South Dearborn Street
Suite 1420
Chicago, IL 60603-2309

SBA Disaster
P.O. Box 3918
Portland, OR 97208-3918

SoFi
One Letterman Drive, Building A
San Francisco, CA 94129-1518

Sofi Lending Corp.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Harrison Edward Strauss
DOJ-Ust
101 W. Ohio Street
Suite 1000
Indianapolis, IN 46204-1982

Swift Financial
PO BOX 208703
Dallas, TX 75320-8703

Teachers Federal Credit Union
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720

Tenant 1
4643 162nd Street, Floor 1
Flushing, NY 11358-3640

Tenant 2
4643 162nd Street, Floor 2
Flushing, NY 11358-3640

Tenant 3
4643 162nd Street, Cottage in Rear
Flushing, NY 11358-3640

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis, IN 46204-1986

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Small Business Administration
CESC Bankruptcy Unit
14925 Kingsport Road
Fort Worth, TX 76155-2243

(p)U S SMALL BUSINESS ADMINISTRATION
ATTN BK NOTICES
332 S MICHIGAN AVE SUITE 600
CHICAGO IL 60604-4318

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1907

US Department of Education
PO Box 36008
Knoxville, TN 37930-6008

US Dept. of Education
Edfinancial Services
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

US Small Business Administration
2 North 20th Street Suite 320
Birmingham, AL 35203-4002

(p)UNISON
650 CALIFORNIA STREET SUITE 1800
SAN FRANCISCO CA 94108-2722

Unison Midgard Holdings, LLC
Pilgrim Christakis LLP
One South Dearborn
Suite 1420
Chicago, IL 60603-2302

Upgrade Credit Card
2 North Central Ave. Flr 10
Phoenix, AZ 85004-2322

Valley Strong Credit Union
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111-4720

WBL SPO I, LLC
P.O Box 479
Elmsford, NY 10523-0479

World Business Lender
101 Hudson St Fl 33
Jersey City, NJ 07302-3905

Le Yang
12150 Ams Run
Carmel, IN 46032-6307

Sam Zabaneh
Hinshaw & Culbertson LLP
322 Indianapolis Blvd.
Suite 201
Schererville, IN 46375-4204

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204-1320

Discover Credit Card
P.O. Box 30943
Salt Lake City, UT 84130

Funding Metrics, LLC
3220 Tillman Dr. Suite 200
Bensalem, PA 19020

Indiana Department of Revenue
100 N. Senate Ave., Room N293, Bankruptc
Indianapolis, IN 46260

JP Morgan Chase Bank
270 Park Ave. 31st Floor
New York, NY 10017

(d)JPMorgan Chase Bank, National Association
Attn. Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

(d)JPMorgan Chase Bank, National Association
Attn. Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

U.S. Small Business Administration
David J. Cornett
332 S. Michigan Ave, Suite 600
Chicago, IL 60604

(d)US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201

Unison
650 California Street
San Francisco, CA 94108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fifth Third Bank, National Association

(d)Forward Financing LLC
53 State Street 20th Floor
Boston, MA 02109-3204

(d)U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

(u)Unison Midgard Holdings, LLC

(u)WBL Spo I, LLC

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 72 |
| Bypassed recipients | 5 |
| Total | 77 |