# EXHIBIT 1

# UNISON HOMEOWNER OPTION AGREEMENT

**Summary:** This option agreement first sets forth Unison's obligation to pay you a lump sum. The agreement then provides that in exchange for that payment, Unison receives an option. The option would allow Unison, at a future date, to purchase a percentage interest in your property by paying you an additional (and greater) amount of money.

On that future date, the value of Unison's option will depend on what your property is worth. If your property's value rises between now and then, the option's value will increase as well, and vice versa. As a result, the value of Unison's option could turn out to be greater than, equal to, or less than what Unison is paying you today, or even zero.

(Note: The wording of this summary is not itself a part of any agreement.)

Unison HomeOwner Agreement ID Number: FRX-408954

# UNISON HOMEOWNER OPTION AGREEMENT

## 1. Terms

1.1. This Unison HomeOwner Option Agreement ("Option Agreement") is made between LE YANG ("you") and Unison Agreement Corp., a Delaware corporation, and its successors and assigns ("Investor").

1.2. This Option Agreement is made together with and incorporates: (1) the Unison HomeOwner Covenant Agreement (the "Covenant"); (2) the Unison HomeOwner Security Instrument (the "Security Instrument"); and (3) the Unison HomeOwner Recorded Memorandum (the "Recorded Memorandum"). Together these documents are called the Unison HomeOwner Agreement or the Agreement.

1.3. The meanings of several key, defined terms used in this Option Agreement appear in the following chart. The meaning of every defined term used here or in any of the other contracts making up the Unison HomeOwner Agreement may be found in Schedule A to the Covenant.

| | |
|---|---|
| **Effective Date** | February 16, 2022 |
| **Property**<br>As further described in Exhibit A | 705 Carlin Ct, Carmel, IN, 46032 |
| **Term** | 30 years |
| **Expiration Date** | February 15, 2052 |
| **Original Agreed Value** | $302,250 |
| **Initial Payment** | $54,250 |
| **Balance Payment*** | $157,325<br>* The Balance Payment may be subject to adjustment as described in the Covenant. |
| **Investor Percentage** | 70.00 % |
| **Maximum Authorized Debt** | $169,415.00 |



©2021, Unison
FRX-408954

Form 250 HO-Multi (rev. 05/15/2021)

**2. Initial Payment by Investor**

2.1. On the Effective Date, Investor agrees to provide you the amount of $54,250. This amount is called the "Initial Payment."

**3. Granting of Option**

You hereby grant to Investor an option (the "Option") to purchase, in the future, an undivided 70.00 % interest in and to the Property for an additional dollar amount, equal to $157,325, as further described in the Covenant.

3.1.1. That percentage figure is called the "Investor Percentage."

3.1.2. The additional dollar amount required to exercise the Option is called the "Balance Payment," and may be reduced by what the Covenant calls "Unpaid Owner Obligations."

3.2. You are granting the Option in consideration of (1) Investor providing the Initial Payment; (2) Investor's express waiver of all rights to exercise the Option until the occurrence of an Exercise Event; (3) other Investor obligations under the Unison HomeOwner Agreement; and (4) your other rights and benefits under the Unison HomeOwner Agreement.

**4. Term of Option**

4.1. The "Term" of the Option is 30 years. The Term begins on the Effective Date and expires on the Expiration Date, subject to extension under limited circumstances as set forth in the Covenant.

**5. Property Valuation**

5.1. You and Investor agree that the value of the Property as of the Effective Date is $302,250. This value is called the "Original Agreed Value."

5.2. You agree that the future value of the Property, when calculated at any time during the Term, will be determined according to the Covenant. The Covenant will call this future value the "Ending Agreed Value."

**6. Option Exercise Events**

6.1. Investor may exercise its Option to purchase its undivided percentage interest in the Property in the following four circumstances, called "Exercise Events," as further described in the Covenant:

A. A sale of the Property by you;

B. The end of the Term, which is the day of the Expiration Date;

C. The death of what the Covenant calls the "Last Surviving Signatory" of the Unison HomeOwner Agreement. (When referencing this Exercise Event, the word "you" includes what the Covenant calls the "Your Estate."); and

D. A material "Event of Default" by you do not cure.

These four Exercise are listed above as "A" through "D" because the first Exercise Event is further defined at Section "5.A" of the Covenant, the second at Section "5.B" of the Covenant, and so on.



©2021, Unison
FRX-408954

Form 250 HO-Multi (rev. 05/15/2021)

6.2. Unless you buy out and thus terminate Investor's right to exercise the Option as described in the next Section (Section 7), then:

6.2.1. In the case of the Exercise Event listed above as "B" (exercise at Term), you and Investor, as co-owners of the Property, will promptly market and sell the Property in order to liquidate each's respective percentage interests; and

6.2.2. In the case of the Exercise Event listed above as "C" (death of Last Surviving Signatory), Your Estate and Investor, as co-owners of the Property, will promptly market and sell the Property for the same purpose.

**7. Buy-Out Upon Exercise Event**

7.1. Upon the occurrence of an Exercise Event (other than an Event of Default), you may buy out, and thus terminate, Investor's right to exercise the Option, as further described in the Covenant. You may do so by paying Investor a dollar amount representing its interest in the Property. That dollar amount is called the "Investor Interest."

7.2. The Investor Interest is calculated first by multiplying the Ending Agreed Value by the Investor Percentage; then subtracting the Balance Payment; then adding any Unpaid Owner Obligations.

7.3. Upon acceptance of the Investor Interest from you, Investor will release you from your obligations under the Unison HomeOwner Agreement.

**8. Special Termination by You After Three Years**

8.1. At any time following the third anniversary of the Effective Date but prior to the occurrence of any Exercise Event, you may request a "Special Termination" of the Option pursuant to Section 6 of the Covenant, by payment of an amount called the "Special Termination Price." That Special Termination Price is equal to the greater of (a) the Investor Interest (defined in Section 7 above), or (b) the sum of the Initial Payment and any Unpaid Owner Obligations.

**9. Maximum Authorized Debt**

9.1. The sum total of loans from third parties secured by liens on the Property (including any unused portion of any line of credit) that you may incur at any one time during the Term of the Unison HomeOwner Agreement is $169,415.00. This amount is called the "Maximum Authorized Debt."

**10. Lien on the Property**

10.1. Your performance under the Unison HomeOwner Agreement will be secured as a recorded lien on the Property by recording both the Security Instrument and the Recorded Memorandum in the county or local jurisdiction where the Property is located.

**11. Event of Default**

11.1. If there is a material and uncured Event of Default by you regarding any terms of the Unison HomeOwner Agreement, then Investor will have the right to demand your performance of those terms, and will be entitled to exercise any of its other rights and remedies set forth in the Agreement and provided for under applicable law.



©2021, Unison

## 12. Nature of Option and Initial Payment

12.1. The Initial Payment is not a loan to you or indebtedness to Investor, nor is it a principal amount which Investor is entitled to recover at any time. Thus, you will not among other things make any monthly interest or any other periodic payments to Investor based upon the amount of the Initial Payment.

## 13. Notice Addresses

Notice shall be effective when made in writing to the addresses below:

Notice to You:

705 Carlin Ct
Carmel, IN, 46032
[redacted]
[redacted]@gmail.com

Notice to Investor:

Unison Agreement Corp.
P.O. Box 2389
San Francisco, CA 94126
Attn: Asset Administration

During the term, you and Investor will each provide the other with prompt notice regarding any changes to the notice addresses above. Notice to you shall also be effective when delivered to any other individual whom you have designated in writing to Investor as authorized to receive notices under this Agreement. In the case of notice by Investor to you of an Exercise Event, notice must be made both by certified mail and (when provided) by e-mail.

[***Signature Page Follows***]



©2021, Unison

IN WITNESS, WHEREOF, intending to be legally bound, each of you have executed this **Unison HomeOwner Option Agreement**.

**You:**

Sign: ______________________
Le Yang

Date: 2/17/2022



©2021, Unison
FRX-408954

Form 250 HO-Multi (rev. 05/15/2021)

**Exhibit A**

**PROPERTY DESCRIPTION**

That certain real property situated in the City of Carmel, County of Hamilton, State of Indiana, described as follows:

The following described real estate located in Hamilton County, State of Indiana:

Lot Numbered Sixty-two (62) in CARMEL MEADOWS, SECTION 2, an Addition in Hamilton County, Indiana as per Plat thereof recorded in Plat Book 2, Page 176 in the Office of the Recorder of Hamilton County, Indiana.

APN: 29-10-30-403-010.000-018

[End of legal description]



©2020, Unison