# EXHIBIT 5

Prepared by, recording requested by,
and when recorded mail to:

Bryan Luong
Unison Agreement Corp.
650 California St, Suite 1800
San Francisco, CA 94108

IN849244

File Number: FRX-408954
Consideration Amount: $54,250

FDS

2022012169 ASGN $25.00
03/08/2022 10:27:19AM 4 PGS
Jennifer Hayden
Hamilton County Recorder IN
Recorded as Presented

APN: 29-10-30-403-010.000-018

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Assignment of Unison HomeOwner Agreement

**Unison Agreement Corp.**, a Delaware corporation, whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as "**Assignor**," hereby assigns for good and valuable consideration to **Unison Midgard Holdings LLC**, a Delaware limited liability company, whose address is 650 California St, Suite 1800, San Francisco, CA 94108, as "**Assignee**," all of Assignor's rights, title, interests and obligations to and under: (i) that certain Unison HomeOwner Option Agreement of even date herewith made by and between Assignor and LE YANG, whose address is 705 Carlin Ct, Carmel, IN 46032, (individually or collectively, the "Homeowner"); **(ii)** that certain Unison HomeOwner Covenant Agreement of even date herewith made by and between Assignor and Homeowner; **(iii)** that certain Memorandum of Unison HomeOwner Agreement made by and between Assignor and Homeowner and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; and **(iv)** that certain Unison HomeOwner Mortgage and Security Instrument made by Homeowner as "**Mortgagor**" in favor of Assignor as "**Mortgagee**" and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; which relate to, run with and encumber the real property described in **Exhibit A** ("**Property**").

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of February 16, 2022.

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security Number in this document, unless required by law.

Dave Silcott

Unison Agreement Corp., a Delaware corporation

By: ______________________

Name: Alexander Tapang
Title: Authorized Signatory

650 California Street, Suite 1800
San Francisco, CA 94108

Prepared by, recording requested by,
and when recorded mail to:

Bryan Luong
Unison Agreement Corp.
650 California St, Suite 1800
San Francisco, CA 94108

IN849244

File Number: FRX-408954
Consideration Amount: $54,250

APN: 29-10-30-403-010.000-018

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Assignment of Unison HomeOwner Agreement**

**Unison Agreement Corp.**, a Delaware corporation, whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as "**Assignor**," hereby assigns for good and valuable consideration to **Unison Midgard Holdings LLC**, a Delaware limited liability company, whose address is 650 California St, Suite 1800, San Francisco, CA 94108, as "**Assignee**," all of Assignor's rights, title, interests and obligations to and under: **(i)** that certain Unison HomeOwner Option Agreement of even date herewith made by and between Assignor and LE YANG, whose address is 705 Carlin Ct, Carmel, IN 46032, (individually or collectively, the "Homeowner"); **(ii)** that certain Unison HomeOwner Covenant Agreement of even date herewith made by and between Assignor and Homeowner; **(iii)** that certain Memorandum of Unison HomeOwner Agreement made by and between Assignor and Homeowner and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; and **(iv)** that certain Unison HomeOwner Mortgage and Security Instrument made by Homeowner as "**Mortgagor**" in favor of Assignor as "**Mortgagee**" and recorded prior hereto but on the same date as this Assignment of Unison HomeOwner Agreement; which relate to, run with and encumber the real property described in **Exhibit A** ("**Property**").

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of February 16, 2022.

Unison Agreement Corp., a Delaware corporation

By: [signature]

Name: Alexander Tapang
Title: Authorized Signatory

650 California Street, Suite 1800
San Francisco, CA 94108

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security Number in this document, unless required by law.

[signature]
Dave Silcott

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

SEE ATTACHED

On______________________, before me the undersigned Notary Public, personally appeared Alexander Tapang who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

_______________________________________

(seal)

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Francisco )

On 2/25/22 before me, Penny Mae Juco, a notary public personally appeared Alexander Tapang who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PENNY MAE JUCO
Notary Public - California
San Francisco County
Commission # 2374903
My Comm. Expires Sep 13, 2025

Signature
Penny Mae Juco

**(Seal)**

File Number: FRX-408954

**EXHIBIT A**

**LEGAL DESCRIPTION**

That certain real property situated in the City of Carmel, County of Hamilton, State of Indiana, described as follows:

The following described real estate located in Hamilton County, State of Indiana:

Lot Numbered Sixty-two (62) in CARMEL MEADOWS, SECTION 2, an Addition in Hamilton County, Indiana as per Plat thereof recorded in Plat Book 2, Page 176 in the Office of the Recorder of Hamilton County, Indiana.

Tax ID/PIN/APN/Parcel Number : 29-10-30-403-010.000-018

Property is commonly known as: 705 Carlin Ct, Carmel, IN 46032

[End of Legal Description]