# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 10/23/2023 |
| Case: 23−00075−RLM−11 | Form ID: pdfOrder | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Deborah J. Caruso | trusteecaruso@rubin−levin.net |
| aty | Alan Ritchie | aritchie@pilgrimchristakis.com |
| aty | Anthony Thomas Carreri | ACarreri@kgrlaw.com |
| aty | Bryan Redmond | bredmond@feiwellhannoy.com |
| aty | Harrison Edward Strauss | harrison.strauss@usdoj.gov |
| aty | Jennifer Lynn Fisher | Jfisher@hinshawlaw.com |
| aty | S. Brent Potter | bankruptcy@doylefoutty.com |
| aty | Sam Zabaneh | szabaneh@hinshawlaw.com |
| aty | Weston Erick Overturf | woverturf@kgrlaw.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Le Yang | 12150 Ams Run | Carmel, IN 46032 |

TOTAL: 1